IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

————————————

No. 97-41274

————————————

SIERRA CLUB; WILDERNESS SOCIETY; TEXAS COMMITTEE ON NATURAL
RESOURCES

                                        Plaintiffs-Appellees
                        versus
R MAX PETERSON, ET AL

                                        Defendants


DANIEL GLICKMAN, In his official capacity as the Secretary of the
Department of Agriculture; GLORIA MANNING, In her official
capacity as the Acting Regional Forester, U.S. Forest Service,
Region 8; MICHAEL DOMBECK, In his official capacity as Chief,
U.S. Forest Service; RONALD RAUM, In his official capacity as the
Forest Supervisor, National Forests and Grasslands in Texas


                                        Defendants-Appellants

TEXAS FORESTRY ASSOCIATION; SOUTHERN TIMBER PURCHASERS COUNCIL

                                        Intervenors-Defendants-
                                        Appellants
                        - - - - -
        Appeals from the United States District Court for the
                    Eastern District of Texas
                        - - - - -
            ON PETITIONS FOR REHEARING EN BANC

    (Opinion August 16, 1999, 5 Cir., 1999, _____F.3d____)

                    (January 21, 2000)

Before KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES,
        SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
        BENAVIDES, STEWART, and DENNIS, Circuit Judges.*

BY THE COURT:

        A member of the Court in active service having requested
a poll on the petitions for rehearing en banc and a majority of
the judges in active service having voted in favor of granting a
rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

_____
*Judge Parker is recused and did not participate in this matter.